# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

SAMUEL JAY JOHNSON,

        **Plaintiff,**

v.                                  CIVIL NO. 13-3068-SAC

DANIEL McMURRY, et al.,

        **Defendants.**

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( x )    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

Entered on the docket 07/17/13

**Dated: July 17, 2013**        TIMOTHY M. O'BRIEN, CLERK

                                        s/S. Nielsen-Davis
                                        **Deputy Clerk**